State Farm
Rec'd 7-8-13
w/ ACC by LChrist

36-01W5-370

IN THE DISTRICT COURT FOR TULSA COUNTY
STATE OF OKLAHOMA

**DISTRICT COURT**
**FILED**
DEC 13 2012
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| JOSETTE EVANS, Plaintiff, | ) ) ) ) |
| vs. | ) Case No: CJ-2012-06441 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant. | ) ) ) Judge: DAMAN CANTRELL |

### PETITION

COMES NOW the Plaintiff Josette Evans (Plaintiff) and hereby files her Petition against Defendant State Farm Mutual Automobile Insurance Company and respectfully shows the Court the following:

1. Josette Evans is a resident of Tulsa County.

2. Defendant State Farm Mutual Automobile Insurance Company does business in Tulsa County.

3. All actions complained of herein occurred in Tulsa County, Oklahoma and so venue and jurisdiction are correct in this Court.

4. On or about, an accident occurred on January 9, 2011, wherein Plaintiff was a passenger in Stephanie Gail Coldiron's car when Coldiron negligently drove her vehicle into a wall.

5. Plaintiff has a contract of insurance for uninsured/underinsured motorist coverage with Defendant.

6. Defendant failed timely make payment to Plaintiff for her claims of injuries.

7. Defendant thereby breached the contract of insurance with Plaintiff.

RECEIVED
JUL 0 8 REC'D
AUTO CLAIM CENTRAL

1

EXHIBIT 1

8. Moreover, Defendant failed to deal with Plaintiff in good faith and fair dealing.

9. As a result of the foregoing, Plaintiff was injured, and suffered medical bills, lost wages, diminished earning capacity, mental anguish and emotional distress among other things.

10. As a result of the foregoing the Plaintiff has suffered damages in a sum of no less than $75,000.00, the exact amount to be determined by a jury trial in this cause.

**Wherefore, premises considered, the Plaintiff requests a jury trial and judgment against Defendant for all injuries sustained by her and in an amount no less than $75,000.00, the exact amount to be determined by a jury. In addition, Plaintiff request an award of pre and post-judgment interest as well as any costs including attorneys' fees and any other remedy to which she is entitled to either at law or in equity.**

Respectfully submitted,

Bobby Briggs Law Firm, PLLC

*Bobby Briggs*

Robert L. Briggs, OBA # 10215
POB 701915
Tulsa, OK 74170-1915
Telephone: 918-814-3080
Facsimile: 918-877-2719
Email: bob@bobbybriggslaw.com

ATTORNEYS LIENS CLAIMED
JURY TRIAL DEMAND

2